**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ORDER AMENDING RULES 102, : No. 50 MM 2022
202, 203, 204, 205, 206, 304, 311, AND 341 :
AND ADOPTING RULE 207 OF THE :
PENNSYLVANIA BAR RULES :
:
:
PETITION OF: MITCHELL L. MCBRIDE :

## ORDER

**PER CURIAM**

AND NOW, this 10th day of August, 2022, the "Motion to Amend January 4, 2022

Order" and the Application to Expedite are DENIED.